IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DEXTER WARDELL LOVETT, JR.,<br>a/k/a "Guap,"<br>LARRY DARNELL LANE, JR.<br>LADARIUS DURWAND FRANKS,<br>a/k/a "Red,"<br>ANGIE THACH,<br>SONYA LATRICE LOVETT,<br>DOUGLAS BASHONE MOORE, JR.,<br>JOSHUA SHAMAR JETER,<br>DON ADRIAN HALL,<br>LUKE PBAUL VILAIVANH,<br>SHAUNTE MAURICE LANE,<br>BONITA SASHUNA BRUCE,<br><br>Defendants. | CRIMINAL NO.: 6:24-cr-00297-DCC |

GOVERNMENT'S BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States provides the following Bill of Particulars regarding property alleged in the Superseding Indictment filed July 9, 2024, as also being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of the above Defendants for one or more felony violations of 21 U.S.C. §§ 841 and 846 and 18 U.S.C. §§ 922 and 924 and 18 U.S.C. § 1956 as charged in the Indictment filed April 16, 2024, the United States intends to seek the

forfeiture of any and all property, real or personal, involved in, constituting, derived from, or traceable to the offense(s) of conviction, pursuant to 18 U.S.C. §§ 924(d)(1) and 982(a)(1); 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c). Such property includes, but is not limited to, the following:

A. Firearms:

(1) Taurus Model 605 Revolver
CAL.: .357 S/N: LP68265
Seized from Larry Darnell Lane on 4/16/24
Asset ID: 24-FBI-006937

(2) American Derringer Corporation Model M-1 Revolver
CAL.: .357 S/N: 99017
Seized from Larry Darnell Lane on 4/16/24
Asset ID: 24-FBI-006937

(3) American Tactical Imports Rifle
CAL.: 5.56mm S/N: NS288916
Seized from Larry Darnell Lane on 4/16/24
Asset ID: 24-FBI-006937

(4) EXCAM GT26 Pistol
CAL.: .25 S/N: S02046
Seized from Larry Darnell Lane on 4/16/24
Asset ID: 24-FBI-006937

(5) Springfield XDS Pistol
CAL.: .45 S/N: S3163151
Seized from Larry Darnell Lane on 4/16/24
Asset ID: 24-FBI-006937

(6) Ruger 57 Pistol
CAL.: 5.7mm S/N: 642-28392
Seized from Larry Darnell Lane on 4/16/24
Asset ID: 24-FBI-006937

(7) Glock 23 Pistol
CAL.: .40 S/N: BSRK063
Seized from Larry Darnell Lane on 4/16/24
Asset ID: 24-FBI-006937

(8) Glock 43 Pistol
CAL.: 9mm S/N: ZZB429
Seized from Larry Darnell Lane on 4/16/24
Asset ID: 24-FBI-006937

B. Ammunition:

Miscellaneous ammunition and magazines
CAL.: .257, 5.56mm,.25, .45, 7mm,.40, 9mm
Seized from Larry Darnell Lane on 4/16/24
Asset ID: 24-FBI-006937

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: *s/Carrie Fisher Sherard*
Carrie Fisher Sherard (#10134)
Assistant United States Attorney
United States Attorney's Office
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
Telephone: (864) 282-2100

October 10, 2024